No. 09–1036. HENDERSON v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. [Certiorari granted, 561 U. S.

1024.] Motion of Doretha H. Henderson, the authorized representative of David L. Henderson, to be substituted as petitioner granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.